Olivia Sanders SBN 208266
Law Offices of Olivia Sanders
3415 S. Sepulveda Blvd.  Suite 660
Los Angeles,  CA  90034
Tel. (310) 641-9001
(310) 641-9007 (Facsimile)
Email: sanderslaw@sbcglobal.net

Attorney for Plaintiff
Werner C. F.[1]

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Werner C. F.,<br><br>         Plaintiff;<br><br>    vs.<br><br>Kilalo Kijakazi, Acting Commissioner of Social Security;<br><br>         Defendant. | Case No.: 2:23cv00440-RSWL-JC<br><br>ORDER ON  STIPULATION FOR THE AWARD  AND PAYMENT OF ATTORNEY   FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT,<br>[28 U.S.C. § 2412(d)] |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses:

IT IS ORDERED that fees and expenses in the amount of $2,402.57 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATED: April 27, 2023          /S/ RONALD S.W. LEW
                              HON. RONALD S.W. LEW
                              UNITED STATES MAGISTRATE JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.