Olivia Sanders SBN 208266
Law Offices of Olivia Sanders
3415 S. Sepulveda Blvd.  Suite 660
Los Angeles, CA  90034
Tel. (310) 641-9001
(310) 641-9007 (Facsimile)
Email: sanderslaw@sbcglobal.net

Attorney for Plaintiff
Werner C. F.[1]

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Werner C. F., <br><br> Plaintiff; <br><br> vs. <br><br> Kilalo Kijakazi, Acting Commissioner of Social Security; <br><br> Defendant. | Case No.: 2:23-cv-00440-RSWL-JC <br><br> ORDER ON AMENDED STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, [28 U.S.C. § 2412(d)] |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, IT IS ORDERED that fees and expenses in the amount of Two Thousand Twenty Dollars and fifty-seven cents ($2,020.57) as authorized by 28 U.S.C. § 2412, and costs in the amount of Four Hundred Two Dollars ($402.00) as authorized by 28 U.S.C. § 1920, for a total of Two Thousand Four Hundred Twenty Two Dollars fifty-seven cents ($2,422.57)

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

be awarded subject to the terms of the Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses.

DATED: May 9, 2023        /S/ RONALD S.W. LEW
HON. JUDGE RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE